## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Christine Vallera v. NCO Financial Systems, Inc., a Pennsylvania corporation, Genesis Finanical Solutions, Inc., a Delaware corporation, and MRC Receivables Corp., a Delaware corporation.

Case Number:

FILED
MAY 9, 2008                    YM
08CV2710
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Christine Vallera.

| |
|---|
| NAME (Type or print) <br> David J. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Philipps |
| FIRM <br> Philipps & Philipps, Ltd. |
| STREET ADDRESS <br> 9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP <br> Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06196285 | TELEPHONE NUMBER <br> (708) 974-2900 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐