## *United States District Court for the Northern District of Illinois*

Case Number:  08CV2710                     Assigned/Issued  By:  DAJ

Judge Name:  DER-YEGHIAYAN              Designated Magistrate Judge:  ASHMAN

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                   Receipt #: 2766217

Date Payment Rec'd: 05/09/08              Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

3  Original and  0  copies on 05/09/08  as to DEF'S.
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05