UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**08 C 2710**

Christine Vallera,
Plaintiff,

v.

NCO Financial Systems, Inc., a
Pennsylvania corporation, Genesis Financial
Solutions, Inc., a Delaware corporation, and
MRC Receivables Corp., a Delaware
corporation,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE ASHMAN**

TO: MRC Receivables Corporation
C/O Illinois Corporation Service C, as registered agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

**May 12, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.  DATE: 5-13-2008

NAME OF SERVER (PRINT) Robert H. Oney, Jr.   TITLE Process Server P.I.

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Corporate Service to: IL CORP. SERVICE CO.
801 Adlai Stevenson Dr.
Spfld., IL. 62703
As: Reg. Agent

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/13/08
Date

Signature of Server

1032 So. Second St.
Address of Server
Spfld., IL. 62704

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
IL Private Detective Agency Lic. #117-001206

Caption WALKER V. NCO FINANCIAL SYSTEMS INC, et al

Case #: 08-C-2710

## AFFIDAVIT OF SERVICE

I, **Robert H. Oney, Jr.**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- [ ] Subpoena
- [ ] Notice of Hearing
- [ ] Rule to Show Cause
- [ ] Citation to Discover Assets
- [ ] Forcible Entry and Detainer
- [ ] Other: _____

DATE AND TIME OF SERVICE: 5/13 2008 3:40 pm

LOCATION/ADDRESS DELIVERED: 201 Adlai Stevenson Jr. Spfld., IL 62703

That I personally handed the above-described documents to: Holly Blankenship - ICSC

PHYSICAL DESCRIPTION:
Ht. 5'6" Wt. 140#
Race W  Age 30's
Male ___ Female X

That I made the following type of service:

- [ ] Personal service on the defendant/witness/ or named party.

- [ ] Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

- [X] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

- [ ] Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Agent: Robert H. Oney, Jr. (129-289533)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 5/13-3:40pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: ___ |
| 3rd attempt: |  |  |  | Time: ___ |
| 4th attempt: |  |  |  | Fee: ___ |

1032 South Second Street Springfield, IL 62704 (217) 528-5997