UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**08 C 2710**

Christine Vallera,
Plaintiff,

v.

NCO Financial Systems, Inc., a
Pennsylvania corporation, Genesis Financial
Solutions, Inc., a Delaware corporation, and
MRC Receivables Corp., a Delaware
corporation,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE ASHMAN**

To: NCO Financial Systems, Inc.
C/O C T Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

Date

**May 12, 2008**
Date

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me. || DATE: 5-19-08 AT 12:13 P.M. |
| NAME OF SERVER (PRINT) EDEN OSBORNE || TITLE PROCESS SERVER |
| *Check one box below to indicate appropriate method of service-* |||
| [ ] | Served personally upon the defendant. Place where served: _____ ||
| [ ] | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ ||
| [ ] | Returned unexecuted: _____ ||
| [X] | Other (specify): SERVED DEFENDANT NCO FINANCIAL SYSTEMS, INC. C/O CT CORPORATION SYSTEMS AT 208 S. LASALLE STREET, SUITE 814, CHICAGO, IL 60604. SERVED AUTHORIZED AGENT AND PROCESS SPECIALIST, FELICIA RANDLE. F, B, 26, 5'6", 140LBS., BLACK HAIR, GLASSES ||

| STATEMENT OF SERVICES FEES |||
|---|---|---|
| TRAVEL — | SERVICES $50 — | TOTAL $50 — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-08
              Date                              Signature of Server

                                                Address of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603