### N THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Christine Vallera, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 2710 |
| | ) | |
| NCO Financial Systems, Inc., a | ) | |
| Pennsylvania corporation, Genesis | ) | Judge Der-Yeghiayan |
| Financial Solutions, Inc., a Delaware | ) | |
| corporation, and MRC Receivables | ) | |
| Corp., a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Christine Vallera, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: June 12, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____                    ENTERED:


                                         _____
                                         Judge Samuel Der-Yeghiayan,
                                         United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties via U.S. Mail, first class, postage pre-paid on June 12, 2008, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o Michelle H. Lyon
Sessions, Fishman, Nathan
    & Israel, LLP
Lakeway Two
3850 N. Causeway Boulevard
Suite 200
Metairie, Louisiana 70002

Genesis Financial Solutions, Inc.
c/o Michael S. Poncin
Moss & Barnett, PA
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

MRC Receivables Corp.
c/o Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street
Suite 900
Lansing, Michigan 48933

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com