# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2710 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Christine Vallera vs. NCO Financial Systems, Inc. , et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff having stipulated to the dismissal of this action pursuant to settlement, this case is hereby dismissed with prejudice, each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|